JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Brian Whitaker,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>The Swatch Group Les Boutiques (U.S.) Inc., a Delaware Corporation; La Cienega Partners Limited Partnership, a Delaware Limited Partnership; and Does 1-10,<br><br>　　　　　Defendants. | Case No. 2:19-cv-04794-JFW-PLA<br><br>JOINT [~~PROPOSED~~] JUDGMENT<br><br>Judge:　Hon. John F. Walter |

　　　On July 10, 2020, after considering the moving, opposing, and reply papers, and the arguments therein, the Court issued an Order GRANTING The Swatch Group Les Boutiques (U.S.) Inc.'s ("SGLB") and La Cienega Partners Limited Partnership's ("La Cienega") (collectively, "Defendants") motion for summary judgment pursuant to Fed. R. Civ. P. 56, and DENYING Plaintiff Brian Whitaker's ("Plaintiff") motion for summary judgment. (the "Order," Dkt. No. 74).

　　　In accordance with the Order, **IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed with prejudice and without leave to amend.

DATED:　　July 15, 2020

　　　　　　　　　　　　　　　　By: _/s/ John F. Walter_____
　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

148572.00617/123536866v.1